

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In the Matter of the Application for A Search Warrant for Two DNA Buccal Swabs | Case No. 3:22mJ1094 RAR <br><br> December 19, 2022 |

## AFFIDAVIT

I, Lisa C. MacNamara, being duly sworn, deposes and says:

## INTRODUCTION

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2. I am a sworn "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, I am an officer of the United States who is empowered by law to conduct investigations of and make arrests for the offences enumerated in 18 United States Code, Section 2516. I am a Special Agent with the Federal Bureau of Investigation ("FBI"). As an FBI Special Agent, I have directed, conducted, and participated in many criminal investigations of various federal laws. During the course of these investigations, I have executed search and seizure warrants, interviewed witnesses, and conducted surveillances. Additionally, I am authorized to investigate violations of the laws of the United States and I am a law enforcement officer with the authority to execute federal arrest warrants. I have been employed by the FBI as a Special Agent for approximately 27 years. Prior to becoming a Special Agent with the FBI, I was a sworn police officer in Madison, Connecticut and New Haven, Connecticut for seven years.

1

Since November 2006, I have been assigned to the New Haven Division of the FBI where my primary duty is the investigation of bank robbery offenses, as well as other reactive cases.

3.  Through my experience in law enforcement, I am familiar with, and have utilized, a wide variety of investigative techniques, including but not limited to the development of confidential Human Sources, Title III wiretaps, source debriefings, physical surveillance, trash pulls, controlled purchases, telephone toll record analysis, pen registers, search warrants, and arrest warrants. As a result of my training and experience, I am familiar with federal laws. In addition, I have executed numerous search and arrest warrants, coordinated controlled purchases of contraband utilizing cooperating sources, conducted electronic and physical surveillance, and debriefed cooperating sources.

4.  I submit this affidavit in support of an application for a search warrant, pursuant to Federal Rule of Criminal Procedure 41, for two buccal swab DNA samples from Lonny CROSS, with a birth year of 1978, for evidence of of Title 18, United States Code, Section 1951 (Hobbs Act Robbery and Attempted Hobbs Act Robbery). Mr. Cross is currently incarcerated on a State of Connecticut parole remand at the Hartford Correctional Center.

5.  The facts in this affidavit come from my personal observations, my training and experience, my conversations with other police officers, agents and task force officers, my review of reports and video surveillance, and information obtained from other witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested search warrant and does not set forth all of my knowledge about this matter.

## Facts Supporting Probable Cause

6.  The FBI, along with several local and State of Connecticut law enforcement agencies, is investigating a series of approximately 36 armed robberies of gas station convenience stores, mini-

markets and liquor stores that have occurred across the State of Connecticut (and an additional robbery in Port Chester, New York) from September 5, 2022 through October 13, 2022. On November 30, 2022, the Grand Jury siting in Hartford returned a superseding indictment charging Mr. Cross and Rebecca Barbera in connection with the 36 robberies that occurred in Connecticut. *See United States v. Cross and* Barbera, 3:22cr225(KAD), Doc. 35. Count Two of the superseding indictment charged Mr. Cross with the attempted Hobbs Act robbery of the Cumberland Farms, 2090 Foxon Boulevard, North Branford, Connecticut, on September 5, 2022.

7. According to L.S., one of the cashiers at the Cumberland Farms, and as captured on store video surveillance, a male entered the store at about 6:21 pm. L.S. thought the male might be white but later explain that he might have been wearing a flesh-colored mask.[1] L.S. stated that the man jumped behind the counter and bear hugged her while threatening her with a knife. He demanded money. The two tussled for a bit and L.S. broke free. The male then ran out of the store on foot and fled in a dark colored sedan.[2] L.S. then went to the back of the store and told her co-worker, B.B., what had happened. The two call 911 and the North Branford Police Department responded a short time later. B.B. noticed a gray cap on the sidewalk in front of the store, which he turned over to the North Branford Police. The North Branford police swabbed the inside of the gray cap for possible DNA. The samples were then sent to the State of Connecticut Department of Emergency Services and Public Protection, Division of Scientific Services for DNA Analysis.

8. Pursuant to a Court-authorized search warrant, *see* 3:22mj970(TOF), AT&T provided historical cellular tower information to the FBI for one of Mr. Cross's telephones, 475-251-5250.

---

[1] I am aware that Mr. Cross is Black.
[2] I am aware that in September of 2022, Mr. Cross drove two cars, including a 2014 black Chevrolet Impala.

3

An initial mobile device location analysis for the device places it in North Branford shortly before and after the robbery based upon data sessions from about 6:06 pm to 6:23 pm.

9. In addition, video surveillance shows that the perpetrator had a black and blue backpack on his back during the September 5, 2022 attempted robbery of the Cumberland Farms; the perpetrator of the September 9, 2022 Waterbury Sunoco gas station robbery, and the September 12, 2022 Wolcott Shell gas station robbery wore a similar-looking black and blue backpack. An initial mobile device location analysis for Mr. Cross's -5250 telephone places it in Waterbury and Wolcott, respectively, shortly before and after those two robberies.

### DNA Evidence

10. I know, based on my training and experience, that individuals can leave traces of DNA on items that they touch, such as firearms, clothing or parts of a vehicle such as a door handle. A qualified laboratory can analyze these DNA traces to determine a DNA profile for the person or persons who touched the object. Additionally, using a sample of DNA from a person, a laboratory can determine a person's DNA profile. The two profiles can then be compared to see if they are similar.

11. On December 13, 2022, the State of Connecticut Department of Emergency Services and Public Protection, Division of Scientific Services, advised that the DNA profile obtained from the interior swabbing of the gray cap recovered from the North Branford Cumberland Farms matched the DNA profile for Lonnie Cross,[1] date of birth 1978. The lab advised law enforcement of this "CODIS" hit (Combined DNA Index System) for investigatory leads, but will only prepare a formal report upon the submission of a confirmatory DNA sample from Mr. Cross.

---

[1] Mr. Cross's rap sheet has his first name spelled as both "Lonny," and "Lonnie." The date of birth provided by the State lab for "Lonnie Cross" is the same date of birth as Lonny Cross charged in the 3:22cr225(KAD) matter.

12. The DNA samples sought herein will be collected by buccal swabbing. This method involves taking a sterile swab (similar to a Q-tip) and gently scrubbing the inside of the right cheek, then the inside of the left check, for approximately five to ten seconds. Two samples are requested in the event that one of the samples becomes contaminated or otherwise cannot be tested. The seized samples will be submitted to the forensic laboratory and will be subject to examination, testing, and analysis, and will be compared to the DNA material obtained for the physical evidence seized during this investigation.

13. Based on the above fact, there is probable cause to believe, and I do believe, that obtaining buccal swab samples for DNA analysis from LONNY CROSS, with birth year of 1978, would identify evidence of Hobbs Act robbery and attempted Hobbs Act robbery.

Respectfully submitted,

Lisa C. MacNamara
Digitally signed by Lisa C. MacNamara
Date: 2022.12.19 09:00:26 -05'00'

Lisa C. MacNamara
Special Agent
Federal Bureau of Investigation

The truth of the foregoing affidavit, which was transmitted to me by reliable electronic means, has been attested to me by Special Agent Lisa C. MacNamara over the telephone on this 19th day of December, 2022, at Hartford, Connecticut.

Robert A. Richardson
Digitally signed by Robert A. Richardson
Date: 2022.12.19 10:14:36 -05'00'

HONORABLE ROBERT A. RICHARDSON
UNITED STATES MAGISTRATE JUDGE